
RECEIVED
IN MONROE, LA

JAN 19 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | |
|---|---|
| **CHARLES ANDREW SIMONDS** | **CIVIL ACTION NO. 05-1270-M-SEC. P** |
| VS. | JUDGE ROBERT G. JAMES |
| LT. KINARD, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's civil rights complaint and his claims under the ADA (Americans with Disabilities Act) be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that to the extent that plaintiff seeks to raise a medical care claim, that such claim be **DENIED and DISMISSED WITHOUT PREJUDICE** for plaintiff's failure to exhaust administrative remedies as mandated by the provisions of 42 U.S.C. §1997e(a).

Monroe, Louisiana, this 19 day of January, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE